IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE WATSON** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:05cv275LG-RHW** |
| **STATE OF MISSISSIPPI and ERNEST LEE** | **DEFENDANTS** |

### FINAL JUDGMENT

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations of United States Magistrate Judge Robert H. Walker entered in this cause on July 20, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss filed October 11, 2005, [12-1] should be and is hereby **GRANTED** and Watson's §2254 petition is hereby dismissed as time-barred under 28 U.S.C. § 2244(d).

**SO ORDERED AND ADJUDGED** this the 10th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE